DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
AMY P. FRENZEN, State Bar #245368
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor Five
San Francisco, California 94102-5408
Telephone:     (415) 554-3885
E-Mail:        amy.frenzen@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; JEANINE NICHOLSON in her official and individual capacities; ROBERT POSTEL, in his official and individual capacities; TOM O'CONNOR, in his official and individual capacities; DAVID BROWN, in his official and individual capacities; and JOE CERTAIN, in his official and individual capacities.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL SHIN,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ROBERT MUHAMMAD, in his official and individual capacities; JEANINE NICHOLSON in her official and individual capacities; ROBERT POSTEL, in his official and individual capacities; TOM O'CONNOR, in his official and individual capacities; DAVID BROWN, in his official and individual capacities; JOE CERTAIN, in his official and individual capacities; and DOES 1 through 20, inclusive,<br><br>     Defendants. | Case No. 4:23-cv-00456-DMR<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE MAY 3, 2023 CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULES 6-1(b), 7-12, AND 16-3(e); STIPULATION TO CONTINUE DUE DATE OF DEFENDANTS' RESPONSIVE PLEADING [L.R. 6-1(a)]**<br><br>Date Action Filed:     January 31, 2023<br>Trial Date:             Not Set |

Case 4:23-cv-00456-DMR   Document 14   Filed 04/17/23   Page 2 of 6

Plaintiff GABRIEL SHIN ("Plaintiff") and defendants CITY AND COUNTY OF SAN FRANCISCO ("City"); ROBERT MUHAMMAD; JEANINE NICHOLSON; ROBERT POSTEL; TOM O'CONNOR; DAVID BROWN; and; JOE CERTAIN, by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

## RECITALS

1. WHEREAS, on January 31, 2023, Plaintiff filed his complaint in the United States District Court for the Northern District of California;

2. WHEREAS, on March 6, 2023, Plaintiff served his complaint, summons and other required documents on the City;

3. WHEREAS, on or around March 6, 2023, Plaintiff also served his complaint, summons and other required documents on individual defendants Nicholson, Postel, O'Connor, Brown, and Certain (collectively "Individual Defendants");

4. WHEREAS, on or around March 28, 2023, Plaintiff served his complaint, summons and other required documents on individual defendant Muhammad;

5. WHEREAS, defendant Muhammad retained counsel to represent him in this action on or about April 12, 2023;

6. WHEREAS, the parties previously stipulated to extend time for the City and Individual Defendants to respond to Plaintiffs' complaint to April 26, 2023;

7. WHEREAS, the City is in the process of finalizing its retention of outside counsel to represent the City and the Individual Defendants;

8. WHEREAS, the City requested additional time from Plaintiff for outside counsel to respond to Plaintiff's complaint and Plaintiff agreed;

9. WHEREAS, the City also desires to continue the initial Case Management Conference and associated deadlines so that outside counsel can participate in the conference and the parties' meet-and-confer under Federal Rule of Civil Procedure 26(f), as required by Civil Local Rule 16-3; and

STIP. AND ORDER (AS MODIFIED) TO CONTINUE RESPONSE DUE DATE AND CMC
CASE NO. 4:23-cv-00456-DMR    2    n:\labor\li2023\230612\01670437.docx

10. WHEREAS, no trial date or pre-trial deadlines, apart from the initial case management conference, have yet been set in this matter.

## STIPULATION

1. Therefore, pursuant to Civil Local Rule 6-1(a), Plaintiff, the City, and individual defendants Nicholson, Postel, O'Connor, Brown, Certain, and Muhammad agree to extend the deadline for a responsive pleading from April 26, 2023 to May 17, 2023.

2. The Parties further agree there is good cause to continue the Initial Case Management Conference from May 3, 2022 at 1:30 p.m. to May 24, 2023 at 1:30 p.m., and respectfully request the Court continue said hearing to Wednesday, May 24, 2023 at 1:30 p.m., or a date thereafter that is convenient to the Court.

3. The Parties' Joint Case Management Statement and initial disclosures shall be due fourteen (14) days) prior to the Initial Case Management Conference, and the parties' ADR certifications shall be due twenty-one (21) days before the Initial Case Management Conference.

**IT IS SO STIPULATED.**

Dated: April 14, 2023

TORRES & TOLMAN

By: /s/ James J. Torres
JAMES J. TORRES
Attorneys for Plaintiff

Dated: April 14, 2023

GOYETTE, RUANO & THOMPSON

By: /s/ Derek K. Ulmer
DEREK K. ULMER
Attorneys for Defendant Muhammad

Dated: April 14, 2023

        DAVID CHIU
        City Attorney
        JONATHAN C. ROLNICK
        Chief Labor Attorney
        AMY FRENZEN
        Deputy City Attorney

By: */s/ Amy P. Frenzen*
    AMY P. FRENZEN
    Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO; JEANINE NICHOLSON in her official and individual capacities; ROBERT POSTEL, in his official and individual capacities; TOM O'CONNOR, in his official and individual capacities; DAVID BROWN, in his official and individual capacities; and JOE CERTAIN, in his official and individual capacities.

1 ATTESTATION OF E-FILED SIGNATURE

2     I, Amy P. Frenzen, am the ECF User whose ID and password are being used to file this

3 STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 3, 2023 CASE

4 MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULES 6-1(b), 7-12, AND 16-

5 3(e); STIPULATION TO CONTINUE DUE DATE OF DEFENDANTS' RESPONSIVE PLEADING

6 [L.R. 6-1(a)]. In compliance with Local Rule 5-1(i)(3), I attest that James Torres and Derek Ulmer

7 have read and approved this pleading and consented to its filing in this action.

8 Dated:  April 14, 2023

9

                            DAVID CHIU
                            City Attorney
                            JONATHAN C. ROLNICK
                            Chief Labor Attorney
                            AMY FRENZEN
                            Deputy City Attorney

                        By: */s/ Amy P. Frenzen*
                            AMY P. FRENZEN
                            Attorneys for Defendant(s)
                            CITY AND COUNTY OF SAN
                            FRANCISCO; JEANINE NICHOLSON in her official
                            and individual capacities; ROBERT POSTEL, in
                            his official and individual capacities; TOM
                            O'CONNOR, in his official and individual
                            capacities; DAVID BROWN, in his official
                            and individual capacities; and JOE CERTAIN, in
                            his official and individual capacities.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the May 3, 2023 Initial Case Management Conference is continued to May 31, 2023 at 1:30 p.m. in Oakland, by Videoconference only. The parties shall file a Joint Case Management Statement and initial disclosures no later than fourteen (14 days) prior to the Initial Case Management Conference, and file ADR certifications no later than due twenty-one (21) days before the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 17, 2023

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu — United States District Court, Northern District of California]*

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge