✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ **District of** _____California_____

Gabriel Shin

Plaintiff (s),

V.

City and County of San Francisco; Robert Muhammad; Jeanine Nicholson, Robert Postel, Tom O'Connor, David Brown and Joe Certain

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:23-CV-00456-VC

Notice is hereby given that, subject to approval by the court, *Defendant, City and County of San Francisco* substitutes
(Party (s) Name)

Dawn M. Irizarry, Esq. , State Bar No. 223303 as counsel of record in
(Name of New Attorney)

place of Janice P. Brown, Esq. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CDF Labor Law LLP
Address: 707 Wilshire Boulevard, Suite 5150  Los Angeles, CA 90017
Telephone: (213) 612-6300          Facsimile
E-Mail (Optional): dirizarry@cdflaborlaw.com

I consent to the above substitution.

Date: 5/3/2024

*Defendant, City and County of San Francisco*
(Signature of Party (s))

I consent to being substituted.

Date: 5/3/2024

Janice P. Brown, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 05/03/2024

Dawn M. Irizarry, Esq.:
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**