AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00456-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tom O'Connor
was received by me on *(date)* 03/06/2023.

☒ I personally served the summons on the individual at *(place)* 698 2nd Street, San Francisco CA 94107 on *(date)* 03/06/2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 3/28/2023

Server's signature

Brandon Kleinman
Printed name and title

[server's address redacted]
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00456-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Robert Postel__
was received by me on *(date)* __03/06/2023__ .

☐ I personally served the summons on the individual at *(place)* __698 2nd Street, San Francisco__
__CA 94107__ on *(date)* __03/06/2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __0.00__ for travel and $ __65.00__ for services, for a total of $ __65.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/28/2023__

_____
Server's signature

__Brandon Kleinman__
Printed name and title

██████████████████████████
Server's address

Additional information regarding attempted service, etc:

[Print]   [Save As...]                                                [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00456-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jeanine Nicholson__

was received by me on *(date)* __03/06/2023__ .

☒ I personally served the summons on the individual at *(place)* __698 2nd Street, San Francisco CA 94107__ on *(date)* __03/06/2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0.00__ for travel and $ __145.00__ for services, for a total of $ __145.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/28/2023__

_____
Server's signature

__Brandon Kleinman__
Printed name and title

[redacted]
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00456-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City and County of San Francisco
was received by me on *(date)* 03/06/2023.

☒ I personally served the summons on the individual at *(place)* 1 Dr Carlton B Goodlett Pl San Francisco, CA 94102 on *(date)* 03/06/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 145.00 for services, for a total of $ 145.00

I declare under penalty of perjury that this information is true.

Date: 3/28/2023

*Server's signature*

Brandon Kleinman
*Printed name and title*

[server's address redacted]
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00456-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David Brown__
was received by me on *(date)* __03/06/2023__.

☒ I personally served the summons on the individual at *(place)* __215 Sagebrush Lane American Canyon, CA 94503__ on *(date)* __03/06/2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0.00__ for travel and $ __130.00__ for services, for a total of $ __130.00__.

I declare under penalty of perjury that this information is true.

Date: __3/28/2023__

*Server's signature*

__Brandon Kleinman__
*Printed name and title*

███████████████
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00456-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Joe Certain__
was received by me on *(date)* __03/06/2023__.

☒ I personally served the summons on the individual at *(place)* __4349 Folsom Dr Antioch, CA 94531__ on *(date)* __03/07/2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0.00__ for travel and $ __130.00__ for services, for a total of $ __130.00__.

I declare under penalty of perjury that this information is true.

Date: __3/28/2023__

Server's signature

__Brandon Kleinman__
Printed name and title

████████████
Server's address

Additional information regarding attempted service, etc:

**MC-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James Torres, Benjamin Tolman   SBR: 320192, 301942<br>Torres & Tolman<br>201 Spear Street, Ste. 1175<br>San Francisco, CA 94105<br>TELEPHONE NO.: (415) 212-7748   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): lawyers@torrestolman.com<br>ATTORNEY FOR (Name): Gabriel Shin | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: Gabriel Shin
DEFENDANT/RESPONDENT: Robert Muhammad

**DECLARATION**

CASE NUMBER: 4:23-cv-00456-DMR

---

This documents serves to detail the service of process on Robert Muhammad on 3/28/2023 at approximately 7:35 am.

Location: SFFD Treasure Island Training Facility at 649 Avenue N, San Francisco, CA 94130

I was contracted to conduct surveillance at a specific location with the intention of serving legal documents to an individual, Robert Muhammad, upon his arrival for work. On the day in question, Mr. Muhammad parked his vehicle in the parking lot of the SFFD Treasure Island Training Facility at approximately 7:30 am. I approached Mr. Muhammad's vehicle, and upon seeing that the passenger-side window was partially open, informed him of the legal documents that I had in my possession. Mr. Muhammad denied being the individual named in the documents, despite evidence to the contrary obtained from his vehicle and photographs.

In an attempt to complete the service of the legal documents, I placed them on Mr. Muhammad's windshield and began to depart the location. However, Mr. Muhammad proceeded to pursue my vehicle in a reckless and unsafe manner, exceeding the speed limit and attempting to pull alongside me by driving into the lane of oncoming traffic. To ensure my safety, I increased my speed and maneuvered around other vehicles to avoid a collision.

In response to the dangerous behavior of Mr. Muhammad, I contacted emergency services and provided them with a detailed account of the situation as it unfolded. Despite the ongoing pursuit, Mr. Muhammad eventually turned his vehicle around, at which point I notified the authorities of the change in circumstances.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 03/28/2023

Brandon Kleinman
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other (Specify):
Registered Process Server

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00456-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Robert Muhammad**
was received by me on *(date)* **03/06/2023**.

☒ I personally served the summons on the individual at *(place)* **649 Avenue N, San Francisco CA 94130** on *(date)* **03/28/2023** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **345.00** for services, for a total of $ **345.00**.

I declare under penalty of perjury that this information is true.

Date: **3/28/2023**

Server's signature

**Brandon Kleinman**
Printed name and title

Server's address

Additional information regarding attempted service, etc: