AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Gabriel Shin

Plaintiff(s),

V.

City and County of San Francisco; Robert Muhammad; Jeanine Nicholson, Robert Postel, Tom O'Connor, David Brown and Joe Certain

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:23-CV-00456-VC

Notice is hereby given that, subject to approval by the court, *Defendant, David Brown* substitutes (Party (s) Name)

Dawn M. Irizarry, Esq. , State Bar No. 223303 as counsel of record in
(Name of New Attorney)

place of Janice P. Brown, Esq. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: CDF Labor Law LLP
- Address: 707 Wilshire Boulevard, Suite 5150 Los Angeles, CA 90017
- Telephone: (213) 612-6300     Facsimile
- E-Mail (Optional): dirizarry@cdflaborlaw.com

I consent to the above substitution.
Date: 5/24/2024

*Defendant, David Brown*
(Signature of Party (s))

I consent to being substituted.
Date: 5/3/2024

Janice P. Brown, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 05/30/2024

Dawn M. Irizarry, Esq.:
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**