AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Gabriel Shin<br>Plaintiff(s),<br>V.<br>City and County of San Francisco; Robert Muhammad; Jeanine Nicholson, Robert Postel, Tom O'Connor, David Brown and Joe Certain<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:23-CV-00456-VC |

Notice is hereby given that, subject to approval by the court, _Defendant, Robert Postel_ substitutes
(Party (s) Name)

Dawn M. Irizarry, Esq. , State Bar No. 223303 as counsel of record in
(Name of New Attorney)

place of Janice P. Brown, Esq. .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CDF Labor Law LLP
Address: 707 Wilshire Boulevard, Suite 5150  Los Angeles, CA 90017
Telephone: (213) 612-6300          Facsimile
E-Mail (Optional): dirizarry@cdflaborlaw.com

I consent to the above substitution.
Date: 05/23/24
_Robert Postel_ (DocuSigned by: EA31CACAD0BA44B...)
_Defendant, Robert Postel_
(Signature of Party(s))

I consent to being substituted.
Date: 5/3/2024
Janice P. Brown, Esq.
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 05/30/2024
Dawn M. Irizarry, Esq.:
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 7, 2024
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]