JAMES J. TORRES, State Bar No. 320192
BENJAMIN J. TOLMAN, State Bar No. 301942
**TORRES & TOLMAN, PROFESSIONAL CORPORATION**
201 Spear Street, Suite 1175
San Francisco, CA 94105
Telephone:  (415) 212-7748
Email:      jtorres@torrestolman.com
            btolman@torrestolman.com

*Attorneys for Plaintiff Gabriel Shin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL SHIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ROBERT MUHAMMAD, in his official and individual capacities; JEANINE NICHOLSON in her official and individual capacities; ROBERT POSTEL, in his official and individual capacities; TOM O'CONNOR, in his official and individual capacities; DAVID BROWN, in his official and individual capacities; JOE CERTAIN, in his official and individual capacities; PATRICIA LEE, in her official and individual capacities; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  3:23-cv-00456-VC<br><br>**JOINT NOTICE OF SETTLEMENT** |

-2-

TO THE COURT, ALL PARTIES, AND ANY ARBITRATOR OR OTHER COURT-CONNECTED ADR NEUTRAL INVOLVED IN THIS CASE:

PLEASE TAKE NOTICE that this entire case has been conditionally settled by the Parties. The settlement is conditional because this case is against a public entity, at least in part, and while the San Francisco City Attorney is recommending settlement, settlement and dismissal are conditioned on official approval by certain public governing boards, namely the San Francisco Fire Commission and the San Francisco Board of Supervisors. The Parties expect this approval to be received and have formally agreed that the City Attorney shall submit its recommendation for settlement to the Board of Supervisors within 60 days of receipt of a fully executed settlement agreement (which the Parties anticipate will be finalized shortly).

Considering this tentative settlement, however, the Parties desired to notify the Court and further ask the Court to vacate all hearings and other proceedings for this matter, including (but not limited to) trial and any pending hearings, appearances, or other proceedings relating to discovery or sanctions in order to preserve party and judicial resources while the settlement is finalized.

Once the settlement is final, the Parties will further notify the Court and/or request dismissal.

DATED:  May 6, 2025          **TORRES & TOLMAN, Professional Corporation**

By:  */s/ Benjamin J. Tolman*
BENJAMIN J. TOLMAN

*Attorneys for Plaintiff*

DATED:  May 6, 2025          **CDF LABOR LAW LLP**

By:  */s/ Leigh A. White*

LEIGH A. WHITE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JEANINE NICHOLSON, ROBERT POSTEL,
TOM O'CONNOR, DAVID BROWN, and
PATRICIA LEE

DATED: May 6, 2025          **Goyette, Ruano & Thompson**

By:   */s/ Derek Ulmer*
      DEREK ULMER
      Attorneys for Defendant
      ROBERT MUHAMMAD

DATED: May 6, 2025          **Gordon-Creed Kelley Holl & Sugerman LLP**

By:   */s/ Terry M. Finck*
      TERRY M. FINCK
      Attorneys for Defendant
      JOE CERTAIN

-3-